1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554- 4248
   E-Mail:       terence.howzell@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  AND MICHAEL BURNS

10 MILES WASHINGTON, State Bar #88288
   LAW OFFICES OF MILES WASHINGTON
11 7677 Oakport Street, Suite 1120
   Oakland, California 94621
12 Telephone: (510)839-5200
   Facsimile:  (510)839-3882
13
   Attorneys for Plaintiff
14 JAMES E. ROBINSON, SR.

15

16                      UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18 | JAMES E. ROBINSON, SR.,                    | Case No. C 04-02610 JSW
19 |         Plaintiff,                         |
   |                                            | **STIPULATION RE EXTENDING NON-
20 |    vs.                                     | EXPERT DISCOVERY CUTOFF AND
   |                                            | ~~PROPOSED~~ ORDER**
21 | CITY AND COUNTY OF SAN                     |
   | FRANCISCO, a municipal corporation;        | Judge:      Hon. Jeffrey S. White
22 | MICHAEL BURNS; and DOES 1-25,              | Place:      Ctrm. 2, 17th Flr.
23 |         Defendants.                        | Trial Date: February 5, 2007

24

25

26

27

28

STIP RE EXTENDING NON-EXPERT CUTOFF           1                    N:\LABOR\LI2004\031911\00392064.DOC
USDC CASE NO. C 04-02610 JSW

# STIPULATION

The parties in the above-entitled action submit this stipulation to extend the non-expert discovery cutoff by three weeks so that Defendants may complete the deposition of Plaintiff James Robinson, Sr. The parties have been diligent in their efforts to complete non-expert discovery by the cutoff date of August 22, 2006. Plaintiff's counsel, a sole practitioner, is unavailable through August 21 due to his wedding and honeymoon. Defendants need to complete Plaintiff's deposition so that they can file their summary judgment motions on September 22, 2006. Defendants were only informed of the nuptials of Plaintiff on or about August 4, 2006. The parties do not request that any other pretrial dates be changed or that the trial date be changed. The parties have not made any prior requests for modifications to the Court's Order Scheduling Trial and Pretrial Matters dated February 13, 2006.

Dated: August 9, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/Terence Howzell
TERENCE HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL BURNS

Dated: August 9, 2006

LAW OFFICES OF MILES WASHINGTON

By: /s/ Miles Washington
MILES WASHINGTON
Attorneys for Plaintiff
JAMES E. ROBINSON, SR.

## [PROPOSED] ORDER

GOOD CAUSE APPEARING from the Stipulation submitted by the parties to extend the non-expert discovery cutoff date, IT IS HEREBY ORDERED pursuant to F.R.C.P. and the Local Rules of this Court:

THE NON-EXPERT DISCOVERY CUTOFF DATE SHALL be September 12, 2006;

**IT IS SO ORDERED.**

Dated: August 10, 2006

By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Court Judge