IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROBINSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Defendants. <br> _____ / | No. C 04-02610 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for hearing on December 1, 2006, on Defendants' motion for summary judgment. The Court HEREBY ORDERS that Plaintiff's opposition shall be due by October 10, 2006. Defendants' reply shall be due by October 17, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE