| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 3 | TERENCE J. HOWZELL, State Bar #140822 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, 5th floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone: (415) 554-3960 |
| 6 | Facsimile: (415) 554- 4248 |
|   | E-Mail: terence.howzell@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL BURNS

MILES WASHINGTON, State Bar #88288
LAW OFFICES OF MILES WASHINGTON
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510)839-5200
Facsimile: (510)839-3882

Attorneys for Plaintiff
JAMES E. ROBINSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROBINSON, SR., | Case No. C 04-02610 JSW |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENDING DATES FOR EXPERT DESIGNATIONS AND EXPERT DISCOVERY; AND CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; PROPOSED ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL BURNS; and DOES 1-25, | |
| Defendants. | Judge: Hon. Jeffrey S. White |
| | Place: Ctrm. 2, 17th Flr. |
| | Trial Date: March 5, 2007 |

STIP RE EXT. EXPERT DISC., PRETRIAL CONF      1
& TRIAL DATE USDC CASE NO. 04-02610 JSW

N:\LABOR\LI2004\031911\00403320.DOC

**STIPULATION**

The parties in the above-entitled action submit this stipulation to extend by seven weeks the dates for expert witness designations and expert discovery; and to continue by seven weeks the pretrial conference and the trial date. At the initial case management conference, the parties requested that expert witness designations and expert discovery occur after the Court's ruling on the Defendants' summary judgment motion so that the parties could avoid the costs of retaining experts and expert discovery in the event that the Court grants the Defendants' motion.

Pursuant to the parties' request, the Court under its initial Order Scheduling Trial and Pretrial Matter dated February 13, 2006, scheduled the last day for expert witness disclosures (11/17/06) to occur two weeks after the last day for hearing (11/3/06) on the Defendants' summary judgment motion. On May 12, 2006, the Court in a further Case Management Order continued the last day for hearing on dispositive motions to December 1, 2006. Defendants, in effort to effectuate the parties' interest in having its summary judgment motion heard before the expert witness disclosure date (11/17/06) filed its summary judgment motion early on September 22, 2006 and noticed the motion for November 3, 2006, the original, last date for hearing on dispositive motions. On September 25, 2006, the Court continued the hearing on Defendants' summary judgment motion to December 1, 2006.

The parties renew their request that expert witness designations and expert discovery occur after the Court's ruling on the Defendants' summary judgment motion so that the parties can avoid the costs of retaining experts and expert discovery in the event that the Court grants the Defendants' motion. Plaintiff James Robinson, Sr. seeks emotional distress and physical injury damages and has identified in non-expert discovery two treating physicians and one treating psychologist. Plaintiff also seeks consequential damages for the loss of equity in certain real estate that he previously owned. The parties anticipate that expert discovery in this case would include the depositions of Plaintiff's three medical providers and Defendants' two or three

STIP RE EXT. EXPERT DISC., PRETRIAL CONF     2
& TRIAL DATE USDC CASE NO. 04-02610 JSW

rebuttal medical experts and Defendants' real estate expert.[1] Defendants also anticipate that its experts would produce reports based in part on an independent medical evaluation that would occur during expert discovery. The parties seek to possibly avoid incurring these litigation costs in the event that Defendants' summary judgment motion is granted.

As set forth in the parties' Proposed Order, the parties request the dates for expert designations and expert discovery, and the pretrial conference and trial date be continued for seven weeks.

Dated: October 3, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE HOWZELL
Deputy City Attorney

By: /s/Terence Howzell
TERENCE HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL BURNS

Dated: October 3, 2006

LAW OFFICES OF MILES WASHINGTON

By: 
MILES WASHINGTON
Attorneys for Plaintiff
JAMES E. ROBINSON, SR.

---

[1] Defendants have not to date retained expert witnesses.

STIP RE EXT. EXPERT DISC., PRETRIAL CONF & TRIAL DATE USDC CASE NO. 04-02610 JSW 3

**[PROPOSED ORDER]**

GOOD CAUSE APPEARING from the Stipulation submitted by the parties to extend the dates for expert witness designations and expert discovery cutoff, and to continue the pretrial conference and trial, IT IS HEREBY ORDERED pursuant to F.R.C.P. and the Local Rules of this Court:

Last Day To Designate Experts And Produce Expert Reports: January 5, 2007;

Last Day To Designate Rebuttal Experts And Produce Supplement Expert
    Reports: January 19, 2007

Close of Expert Discovery: February 2, 2007

Pretrial Conference: March ~~26~~ 19, 2007 at 2:00 p.m.

Jury Trial: April ~~23~~ 16, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: October 4, 2006

By: *Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge