IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROBINSON, SR.,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 04-02610 JSW

**ORDER VACATING HEARING DATE**

The Defendants' motion for summary judgment is currently set for hearing on Friday, December 1, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 1, 2006 is VACATED.

    **IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE