DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th floor
San Francisco, California 94102-5408
Telephone: (415) 554-3960
Facsimile: (415) 554-4248
E-Mail: terence.howzell@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL BURNS

MILES WASHINGTON, State Bar #88288
LAW OFFICES OF MILES WASHINGTON
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
JAMES E. ROBINSON, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROBINSON, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL BURNS; and DOES 1-25,<br><br>Defendants. | Case No. C 04-02610 JSW<br><br>**STIPULATION RE EXTENDING DATES FOR EXPERT DESIGNATIONS AND EXPERT DISCOVERY; AND CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; PROPOSED ORDER**<br><br>Judge: Hon. Jeffrey S. White<br>Place: Ctrm. 2, 17th Flr.<br><br>Trial Date: April 16, 2007 |

# STIPULATION

The parties in the above-entitled action submit this stipulation to extend by two months the dates for expert witness designations and expert discovery, and to continue by two months the pretrial conference and the trial date. The parties are awaiting the Court's ruling on Defendants' motion for summary judgment and the parties wish to avoid the costs of retaining experts and expert discovery in the event that the Court grants the Defendants' motion.

Pursuant to the parties' prior Stipulation filed on October 4, 2006, and by an Order dated October 5, 2006, the Court extended the expert designation and discovery dates to January 5, 2007, approximately one month after the December 1, 2006 hearing date on Defendants' summary judgment motion.[1] The Court also extended the dates for rebuttal expert designation and expert discovery, and continued the pretrial conference and the trial date.

Plaintiff James Robinson, Sr. seeks emotional distress and physical injury damages and has identified in non-expert discovery two treating physicians and one treating psychologist. Plaintiff also seeks consequential damages for the loss of equity in certain real estate that he previously owned. The parties anticipate that expert discovery in this case would include the depositions of Plaintiff's three medical providers and Defendants' two or three rebuttal medical experts and Defendants' real estate expert. Defendants also anticipate that its experts would produce reports based in part on an independent medical evaluation that would occur during expert discovery. The parties seek to possibly avoid incurring these litigation costs in the event that Defendants' summary judgment motion is granted.

As set forth in the parties' Proposed Order, the parties request the dates for expert designations and expert discovery and the pretrial conference and trial date be continued for two months.

---

[1] By Order dated November 21, 2006, the Court vacated the December 1, 2006 summary judgment hearing date.

STIP RE EXT. EXPERT DISCL. & DISC..  2
USDC CASE NO. 04-02610 JSW

| | | |
|---|---|---|
| 1 | Dated: January 4, 2007 | DENNIS J. HERRERA |
| 2 | | City Attorney |
| | | ELIZABETH S. SALVESON |
| 3 | | Chief Labor Attorney |
| | | TERENCE HOWZELL |
| 4 | | Deputy City Attorney |

By: /s/Terence Howzell
TERENCE HOWZELL
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND MICHAEL BURNS

Dated: January 4, 2007

LAW OFFICES OF MILES WASHINGTON

By: _____
MILES WASHINGTON
Attorneys for Plaintiff
JAMES E. ROBINSON, SR.

STIP RE EXT. EXPERT DISCL. & DISC.
USDC CASE NO. 04-02610 JSW

3

## [~~PROPOSED~~ ORDER]

GOOD CAUSE APPEARING from the Stipulation submitted by the parties to extend the dates for expert witness designations and expert discovery cutoff, and to continue the pretrial conference and trial dates, IT IS HEREBY ORDERED pursuant to F.R.C.P. and the Local Rules of this Court:

Last Day To Designate Experts And Produce Expert Reports: March 2, 2007;

Last Day To Designate Rebuttal Experts And Produce Supplement Expert Reports: March 16, 2007

Close of Expert Discovery: March 30, 2007

Pretrial Conference: May 21, 2007 at 2:00 p.m.

Jury Trial: June 18, 2007 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: January 8, 2006     By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIP RE EXT. EXPERT DISCL. & DISC..
USDC CASE NO. 04-02610 JSW

4

N:\LABOR\LI2004\031911\00000163.DOC