IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ROBINSON, SR.,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 04-02610 JSW

**ORDER VACATING DATES AND SETTING STATUS CONFERENCE**

The Court received the Defendants' miscellaneous administrative motion to vacate the expert discovery dates, pretrial conference and trial date in this matter. The Court HEREBY GRANTS the request to vacate these dates.

By letter dated February 8, 2007, Plaintiff's attorney informed the Court that he can no longer represent Plaintiff in this matter because he has been placed on inactive status. Defendants represent that they have not received any information regarding whether Plaintiff intends to proceed *pro se* or to retain new counsel. On March 9, 2007, the Court received a letter from plaintiff James Robinson, Sr. Other than stating his apparent dissatisfaction with his former counsel in this matter, it was difficult to determine what relief, if any, Plaintiff intended to seek from this Court. The Court notes that there a fully ripe motion for summary judgment now pending in this matter.

1  The Court HEREBY ORDERS the parties to appear for a status conference in this
2 matter on April 6, 2007 at 1:30 p.m. The Court does not require anything further in writing
3 from the parties regarding the status conference.

4  In light of the fact that Plaintiff now appears to be proceeding *pro se*, the Court removes
5 this case from the e-filing program until further notice. The Clerk is directed to serve a copy of
6 this order on the parties.

**IT IS SO ORDERED.**

Dated: March 26, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE